No. 94–623. VIMAR SEGUROS Y REASEGUROS, S. A. v. M/V SKY REEFER ET AL. C. A. 1st Cir. Motion of Maritime Law Association of the United States for leave to file a brief as *amicus*

*curiae* granted. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition. 